

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2020

No. 04-20-00303-CR

**EX PARTE JIMMY COUNG DUC TRAN**

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR12300A
Honorable Jefferson Moore, Judge Presiding

# O R D E R

On August 10, 2020, we abated this appeal to allow the trial court to conduct an evidentiary hearing on appellant's application for writ of habeas corpus. The clerk's records and reporter's records from the hearing have now been filed.

This appeal is ORDERED REINSTATED on the docket of this court. Appellant's brief is due <u>no later than October 26, 2020</u>.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court